UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MURPHY L. JAMERSON
d/b/a 4 STAR PRINTING,

    Plaintiff,

    v.                                                         Case No. 04-C-749

MARK RYAN and MILWAUKEE
COUNTY PROCUREMENT CLERK,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCLOSURE AND FOR APPROPRIATE SANCTIONS**

On January 12, 2006, the plaintiff, Murphy L. Jamerson ("Jamerson") filed a motion to compel disclosure and for appropriate sanctions with respect to his second request for production and inspection of documents dated November 15, 2005. On January 20, 2006, the defendants ("Ryan") filed an amended response to plaintiff's second request for production and inspection. On February 2, 2006, the court held a hearing on plaintiff's motion to compel disclosure. After giving due consideration to the arguments made by Jamerson and by counsel for Ryan, and for the reasons stated on the record, the plaintiff's motion to compel disclosure will be granted in part and denied in part.

**NOW THEREFORE IT IS ORDERED** that plaintiff's motion to compel production and inspection of the document set forth in request number 1 be and hereby is granted;

**IT IS FURTHER ORDERED** that the defendant produce the document set forth in request number 1 on or before March 2, 2006, and in the event the defendant does not produce such document on or before March 2, 2006 this court will conduct a further hearing on this matter

on March 8, 2006 at 9:15 a.m. in Room 253 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202;

**IT IS FURTHER ORDERED** that plaintiff's motion to compel production and inspection of the documents set forth in request number 2 be and hereby is denied;

**IT IS FURTHER ORDERED** that plaintiff's motion to compel production and inspection of the documents set forth in request numbers 3 and 4 be and hereby is denied as moot.

**IT IS FURTHER ORDERED** that the August 2, 2005 scheduling order be amended to reflect the following changes:

1. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56.1 and 56.2, no later than April 1, 2006.

2. The scheduling conference to be held on Tuesday, February 21, 2006 is cancelled.

3. All other aspects of the August 2, 2005 scheduling order shall remain in effect.

**SO ORDERED** this  2nd  day of February 2006, at Milwaukee, Wisconsin.

    /s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge