UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MURPHY L. JAMERSON
d/b/a 4 STAR PRINTING,

    Plaintiff,

    v.                                      Case No. 04-C-749

MARK RYAN and MILWAUKEE
COUNTY PROCUREMENT CLERK,

    Defendants.

**ORDER**

On January 12, 2006, the plaintiff, Murphy L. Jamerson ("Jamerson") filed a motion to compel disclosure and for appropriate sanctions with respect to his second request for production and inspection of documents dated November 15, 2005. On January 20, 2006, the defendants filed an amended response to plaintiff's second request for production and inspection. On February 2, 2006, the court ordered the defendant to produce the document set forth in Jamerson's request number 1 on or before March 2, 2006. Jamerson's request number 1 states, "produce for inspection the complete 2001-2002 bid packet specification of the Journal of Proceedings, that [was] posted and mailed by Milwaukee County Procurement Division in February 2003." (Pl.'s Mot., Ex. A.)

On February 15, 2006, the defendants filed a copy of a letter sent to Jamerson. Attached to that letter was a copy of the Milwaukee County Procurement Division's 2001-2002 bid specification packet for the printing of the Journal of Proceedings. Thus, the defendants have complied with this

court's order that they produce the document set forth in Jamerson's request number 1 on or before March 2, 2006.

**NOW THEREFORE IT IS ORDERED** that the hearing scheduled for March 8, 2006 at 9:15 a.m. be and hereby is cancelled.

**SO ORDERED** this 22nd day of February 2006, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2

Case 2:04-cv-00749-WEC   Filed 02/22/06   Page 2 of 2   Document 63